<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7022**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSE PENA ROSARIO, a/k/a John Doe, a/k/a July,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern. Terrence W. Boyle, Chief District Judge. (CR-96-62-BO)

———————

Submitted: November 20, 2002      Decided: December 12, 2002

———————

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jose Pena Rosario, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jose Pena Rosario seeks to appeal the district court order denying relief on his motion to compel the Government to file a Fed. R. Crim. P. 35 motion. The Government has moved to dismiss, alleging Rosario did not timely file his notice of appeal. We grant the Government's motion to dismiss the appeal.

In criminal cases, the defendant is accorded ten days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(b)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(b)(4). This appeal period is "mandatory and jurisdictional." United States v. Raynor, 939 F.2d 191, 197 (4th Cir. 1991).

The district court's order denying Rosario's motion was entered on its docket on May 20, 2002. Rosario filed a "Motion to Prosecute the Appeal" that he averred he mailed no earlier than June 11, 2002. The Government averred the motion was untimely filed, and the district court denied Rosario's "Motion to Prosecute the Appeal" as time-barred. Because Rosario failed to file a timely notice of appeal, we lack jurisdiction to review the district court's order. Accordingly, we grant the Government's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the

2

materials before the court and argument would not aid the decisional process.

DISMISSED